# McFarland-Meade Co., Appellant, *v.* The Finance Company of Pennsylvania.

Argued Dec. 2, 1915.   Appeal, No. 153, Oct. T., 1915, by the Finance Company of Pennsylvania, from order of C. P. No. 3, Philadelphia Co., Dec. T., 1914, No. 324, discharging rule for judgment for want of an affidavit of defense in suit of McFarland-Meade Company v. James G. Doak and G. A. Maicas, trading as James G. Doak & Company and the Finance Company of Pennsylvania. Before RICE, P. J., ORLADY, HEAD, PORTER, KEPHART and TREXLER, JJ.   Affirmed.

*Francis Chapman,* with him *S. Spencer Chapman,* for appellant.

*James Wilson Bayard,* with him *John G. Johnson,* for appellee.

Opinion by Kephart, J., April 17, 1916 :

The questions involved in this case are much the same as in the preceding case.   In addition, the affidavit clearly set forth a sufficient defense, aside from the want of a right in the plaintiff to institute its action of replevin.

The order of the court below is affirmed and a procedendo is awarded.